UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                        )
**Pittsfield Cellular Telephone Company d/b/a**          )
**Verizon Wireless**                                                 )
                                                                        )
     **Plaintiff,**                                       )  Case No. 3:22-cv-10718-MGM
                                                                        )
**v.**                                                                )
                                                                        )
**Board of Health of the City of Pittsfield,**              )
**Massachusetts**                                                  )
                                                                        )
     **Defendants.**                                    )
_____ )

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Pittsfield Cellular Telephone Company d/b/a Verizon Wireless, hereby files its Notice of Dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant, Pittsfield Board of Health, has not filed an answer or motion for summary judgment. At its meeting on June 1, 2022, the Defendant Board voted to rescind the cease-and-desist order dated April 11, 2022 which it had issued to the Plaintiff, thereby making this action moot.

                                                               **Plaintiff Pittsfield Cellular**
                                                               **Telephone Company**
                                                               **d/b/a Verizon Wireless,**

                                                               By its attorneys,

                                                               */s/ William J. Egan*
                                                               Michael S. Giaimo (BBO #552545)
                                                               William J. Egan (BBO #636128)
                                                               Julianna M. Charpentier (BBO #703286)
                                                               Robinson & Cole LLP
                                                               One Boston Place, 25th Floor
                                                               Boston, MA 02108
                                                               (617) 557-5900
                                                               mgiaimo@rc.com
                                                               wegan@rc.com
                                                               jcharpentier@rc.com

25102198-v1

## **CERTIFICATE OF SERVICE**

      I, William J. Egan, hereby certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants on this 2nd day of June, 2022.

                                            */s/ William J. Egan*
                                            William J. Egan